# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

VERDELLA ENA,

                Plaintiff,

v.

RAMSEY COUNTY, RAMSEY COUNTY HUMAN SERVICES, RAMSEY COUNTY SHIEFF, RAMSEY COUNTY POLICE DEPARTMENT, REGIONS HOSPITAL, UNITED HOSPITAL, HENNEPIN COUNTY, ANOKA METRO REGIONAL TREATMENT CENTER,

                Defendants.

Civil No. 08-869 (JRT/FLN)

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

___

Verdella Ena, 180 Wayzata Street #518, St Paul, MN 55117, plaintiff *pro se*.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 1, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* [#2] is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. Section 1915(e)(2)(B)(i).

DATED: April 25, 2008
at Minneapolis, Minnesota.

                s/John R. Tunheim
                JOHN R. TUNHEIM
                United States District Judge